FILED

02/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0514

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0514

_____

PAUL WILKIE,

      Plaintiff/Appellant,

  vs.

HARTFORD UNDERWRITERS INSURANCE COMPANY a/k/a THE HARTFORD; RICHARD L. SPROUT; and SHAUNA SPROUT,

      Defendants/Appellees,

_____

## ORDER GRANTING DEFENDANT/APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME OF 30 DAYS TO FILE RESPONSE BRIEF

_____

On Appeal from the Montana Eighteenth Judicial District Court,
Gallatin County, the Honorable Rienne H. McElyea Presiding
_____

Upon consideration of Appellee's Unopposed Motion for Extension of Time of 30 Days to File Response Brief and there being no objection, Appellee's are granted an extension of time of 30 days to file and serve their Response Brief on or before April 5, 2021.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 8 2021